### Janet EMERSON and Janet Emerson, LC, Plaintiffs/Respondents,

v.

### Corrado Cattaneo Della VOLTA and Susan Volta, Defendants/Appellants.

### No. ED 98625.

Missouri Court of Appeals,
Eastern District,
Division Two.

April 30, 2013.

---

Corinne Nushin Darvish, Clayton, MO, for plaintiffs/respondents.

Gregory Fenlon, Clayton, MO, for defendants/appellants.

Before KATHIANNE KNAUP CRANE, P.J., MARY K. HOFF, J. and LISA S. VAN AMBURG, J.

ORDER

PER CURIAM.

Corrado Cattaneo Delia Volta ("Volta") appeals from the judgment of the trial court quieting title of real estate in favor of Janet Emerson and Janet Emerson, LLC.

We have reviewed the briefs of the parties and the record on appeal. The judgment is supported by substantial evidence and is not against the weight of the evidence. An extended opinion reciting the detailed facts and restating the principles of law would have no precedential value. The judgment is affirmed in accordance with Rule 84.16(b).